**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re | § | |
| LEASE OIL ANTITRUST | § | |
| LITIGATION (No. II) | § | MDL No. 1206 |
| | § | |
| THE McMAHON FOUNDATION, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civ. Action No. C-98-048 |
| | § | |
| AMERADA HESS CORP., et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| THE McMAHON FOUNDATION, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civ. Action No. C-98-130 |
| | § | |
| OXY USA, INC., et al., | § | |
| | § | |
| Defendants. | | |

**ORDER AND OPINION ON MOTION TO MODIFY**

On this date came on to be considered the West Texas Government Entities' ("the WTGE") Motion to Modify Order No. 773 ("the Order"), entered by this Court on July 14, 2004.  The Order required that the MDL 1206 document repository be maintained for two years, through July 13, 2006, at the expense of the WTGE.

Pursuant to a telephonic hearing comprising all interested parties, Proposed Intervenor South Texas Government Entities ("STGE") stated that they would assume the cost of the document depository as of 5 p.m. this date, through July 13, 2007.

The Court grants WTGE's Motion to Modify the Order.  It is hereby ORDERED that the WTGE are hereby relieved, from the date of this order, of their obligation to pay for the ongoing maintenance of the MDL 1206 document depository.

It is further ORDERED that Susman Godfrey, L.L.P., provide the Court with a full accounting of the remaining money in the MDL 1206 fund no later than one week from the date of this order.

The STGE are hereby ORDERED to assume the cost of the MDL 1206 document depository from the date of this order until July 13, 2007.  Thereafter, all parties will have 60 days to remove their documents and preserve them pursuant to other court action. If the parties are not subject to other court action, they may destroy them at their discretion.

SIGNED and ENTERED this 22nd day of April, 2005.


_____
             Janis Graham Jack
        United States District Judge