IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| In Re: | § § | |
| LEASE OIL ANTITRUST LITIGATION | § | MDL Docket No. 1206 |
| (No. II) | § § | ALL CASES |

### ORDER

On April 1, 2006, the Court entered a notice of setting ordering the parties to appear for a telephone conference in the above-styled action on September 13, 2006, at 1:15 pm. (D.E. 803.) The Court hereby RESETS the telephone conference for Wednesday, November 1, at 1:15 pm.

SIGNED and ENTERED this 11th day of September, 2006.

_____
Janis Graham Jack
United States District Judge