IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re § | |
| LEASE OIL ANTITRUST § | MDL No. 98-1206 |
| LITIGATION § | |
| (No. II) § | |

## ORDER

On this day came on to be considered the following motions: (1) the motion for withdrawal of funds by Johnny E. Satterwhite filed in Case No. 02:98-cv-130, McMahon Found. et al. v. Occidental Petroleum, et al. (Case No. 98-130 D.E. 50); (2) the motion for withdrawal of funds by Sharon Satterwhite filed in Case No. 02:98-cv-130, McMahon Found. et al. v. Occidental Petroleum, et al. (Case No. 98-130 D.E. 51); (3) the motion for withdrawal of funds by Johnny E. Satterwhite filed in Case No. 02:98-cv-48, McMahon Found. et al. v. Amerada Hess Corp., et al. (Case No. 98-48 D.E. 346); and (4) the motion for withdrawal of funds by Sharon Satterwhite filed in Case No. 02:98-cv-48, McMahon Found. et al. v. Amerada Hess Corp., et al. (Case No. 98-48 D.E. 347). For the reasons set forth below, these motions are hereby DENIED.

From the motions filed by Mr. and Ms. Satterwhite, it appears that they seek money from the settlement proceeds in the MDL 1206 multi-district litigation. Case Nos. 98-48 and 98-130 are part of MDL 1206, In re Lease Oil Antitrust Litig. (No. II). These cases commenced in 1998, and the Court granted final approval to a series of settlements in 1999. See In re Lease Oil Antitrust Litig. (No. II), 186 F.R.D. 403 (S.D. Tex. 1999). The settlement distribution process was handled by the Settlement Administrator in the MDL 1206 litigation. The lengthy settlement distribution process has been completed, with over 446,000 checks issued to class

1

members and taxation authorities. Any unclaimed settlement funds have been distributed per Court Order, with certain amounts set aside for pending appeals. (MDL D.E. 1002).

If Mr. and Ms. Satterwhite had valid claims as class members in the MDL 1206 litigation, they had their opportunity to proceed through the settlement distribution process.[1] That process went on for a period of many years and is now complete. (MDL D.E. 1002). Mr. and Ms. Satterwhite cannot now claim MDL 1206 settlement funds, almost a full decade after final settlement approval. The settlement funds have been fully distributed, and Mr. and Ms. Satterwhite's motions for withdrawal of funds are hereby DENIED.

SIGNED and ORDERED this 11th day of April, 2008.

_____
Janis Graham Jack
United States District Judge

---

[1] Even if Mr. and Ms. Satterwhite's motions were timely, which they are not, such motions would not be the proper vehicles to seek distribution of the MDL 1206 settlement funds. Such funds were distributed through the process set up by the Settlement Administrator. Mr. and Ms. Satterwhite would have had to proceed through this settlement distribution process, which is now closed.

2