IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re § | |
| LEASE OIL ANTITRUST § | MDL No. 1206 |
| LITIGATION § | |
| (No. II) § | |
| § | |

## ORDER

On this day came on to be considered the motion for withdrawal of funds filed by Leslie Faye Ford[1], Elena Hampton Ford, Seneca Spencer Ford and Willie D. Ford (together, "Movants") (D.E. 1044).[2] Specifically, Movants seek funds from the settlement proceeds of the MDL 1206 multi-district litigation, and they seek a "court date" regarding their claim. For the reasons set forth below, Movants' motion for withdrawal of funds (and for a corresponding hearing) is hereby DENIED.

The MDL 1206 In re Lease Oil Antitrust Litigation commenced in 1998, and the Court granted final approval to a series of settlements in 1999. See In re Lease Oil Antitrust Litig. (No. II), 186 F.R.D. 403 (S.D. Tex. 1999). The settlement distribution process was handled by the MDL 1206 Settlement Administrator. The lengthy settlement distribution process has been completed, with over 446,000 checks issued to class members and taxation authorities. Any unclaimed settlement funds have been distributed per Court Order, with certain amounts set aside for pending appeals. (MDL D.E. 1002).

---

[1] Leslie Faye Ford represents that she is the administrative representative of all the Movants on behalf of the "Neola Mosley Ford Estate" in Tyler, Texas.

[2] The Court construes the document Movants filed with the Court as a motion for withdrawal of funds, as Movants write regarding a "potential claim" and seek "the funds that is [*sic*] rightfully ours." (D.E. 1044, p. 1).

If Movants had valid claims as class members in the MDL 1206 litigation, they should have proceeded through the settlement distribution process.[3] That process went on for a period of many years and is now <u>complete</u>. (MDL D.E. 1002). Movants cannot now claim MDL 1206 settlement funds or a hearing on their claim for such funds, almost a full decade after final settlement approval. The settlement funds have been fully distributed, and Movants' motion for withdrawal of funds is hereby DENIED.

SIGNED and ORDERED this 21st day of April, 2008.

_____
Janis Graham Jack
United States District Judge

---

[3]Movants indicate that they have a "*potential claim*" to certain of the MDL 1206 settlement proceeds, apparently via their position as heirs to the "Neola Mosley Ford Estate." (D.E. 1044, p. 1) (emphasis added).