UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: LEASE OIL ANTITRUST | § | |
| LITIGATION (No. II) | § | MDL No. 1206 |
| | § | |
| | § | |

## ORDER

On this day came on to be considered Motion by Movants to Intervene as Plaintiffs and Motion for Withdrawal of Funds. (D.E. 1134.)

Movants are incarcerated at the Federal Medical Center in Lexington, Kentucky.[1] Movant Jonathan Lee Riches has previously filed a similar motion in this action, which the Court denied on July 17, 2008. (D.E. 1051, 1052.) Movants state that they were "victims in this case with Lease Oil contracts when they were in FDC Houston Texas from May 1 2003 through June 10 2008," and they "seek fair compensation and withdrawal of the settlement funds to them." (D.E. 1134 at 2.)

Movants fail to allege any viable interest in this action. In addition, as the Court explained in its July 17, 2008 Order, the lengthy settlement distribution process in this case is complete, and any claim for settlement funds is now untimely. (D.E. 1052 at 1-2.) For these reasons, the Motion by Movants to Intervene as Plaintiffs and Motion for Withdrawal of Funds is DENIED. (D.E. 1134.)

Further, the Court hereby ORDERS Movant Jonathan Lee Riches to immediately stop filing documents in this multidistrict litigation, Case No. 2:98-md-1206. Any documents filed by Mr. Riches in this action will be automatically struck by the Court. If

---

[1] Movants are Patrick J. Simpson, Richard Galietti, Isong Akpan, Jonathan Lee Riches, Andre Cowley, Mario Alvarado, Maurice Shelly, George Barbour, Eddie Whitlow, Justin Laube, Jeffrey Pierre, Jimmy O'Neal Brown, Major Spaulding, Gregory Woods, and Dale Evitts. (D.E. 1134 at 1, 3.)

Mr. Riches attempts to file any such documents with this Court after the date of entry of this Order, the Court will immediately impose a monetary sanction of one hundred dollars ($100) against Mr. Riches. See Bynum v. Am. Airlines, 166 Fed. Appx. 730, 735 (5th Cir. 2006) (citing Chambers v. NASCO, Inc., 501 U.S. 32, 44-46 (1991)) ("One aspect of [the district court's inherent power] is the power to impose sanctions … for conduct that is in bad faith, vexatious, wanton, or undertaken for oppressive reasons."). Mr. Riches will not be permitted to make any future filings until all sanctions against him have been paid.

    SIGNED and ORDERED this 23rd day of August, 2010.

                                              Janis Graham Jack
                                              United States District Judge